# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| C.L. JACKSON,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>             Defendant(s). | No. EDCV 08-541-DDP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Defendant's motion to dismiss the complaint is denied.

DATED: May 28, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE