# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| C.L. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>DEPARTMENT OF VETERANS,<br>AFFAIRS, et al.,<br><br>　　　　　Defendant(s). | No. CV 08-541-DDP (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the Defendant's motion to dismiss is denied.

DATED: May 28, 2009

　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE