UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| C.L. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS, et al.,<br>　　　　　Defendant(s). | No. CV 08-541-DDP (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation. The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Magistrate Judge's Report and Recommendation is adopted; (2) Defendant's motion to dismiss is granted; (3) any common law tort causes of action are dismissed without prejudice; (4) the *Bivens* cause of action is dismissed with prejudice as to (a) Defendant United States of America, (b) Defendant U.S. Department of Veteran Affairs, (c) Officer Webb in his official capacity, and (d) Officer Brice in his official capacity; and (5) Plaintiff's request for a stay is denied.

DATED: February 2, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE